UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOBBY NUNN,<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>NFL ENTERPRISES, LLC and NBCUNIVERSAL MEDIA, LLC,<br><br>　　　　　　　　Defendants. | 22-CV-5977 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of Plaintiff's letter asking the Court to extend the deadline for Defendants to answer or otherwise respond to the Complaint. (ECF No. 19.) This is the fifth request for an extension of Defendants' deadline. (*See* ECF Nos. 11, 13, 15, 17 and 19.)

　　The Court will grant an extension of the deadline for Defendants to answer to **February 6, 2023**. Further extensions of the deadline are unlikely to be granted.

　　Additionally, counsel for Defendant NFL Enterprises, LLC is directed to file a notice of appearance by **January 27, 2023.** Counsel for Plaintiff is directed to provide a copy of this Order on Defendant NFL Enterprises, LLC and file proof of the same by **January 23, 2023.**

**Dated:  January 19, 2023**
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge