

**TAL DICKSTEIN**
Partner

345 Park Avenue
New York, NY  10154

**Direct**    212.407.4963
**Main**     212.407.4000
**Fax**       212.407.4990
tdickstein@loeb.com

Via ECF

February 14, 2023

**MEMO ENDORSED.**

Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   Nunn v. NFL Enterprises, LLC, et al., Case No. 22 Civ. 5977 (ALC) (OTW)

Dear Judge Wang,

We represent Defendants NFL Enterprises, LLC and NBCUniversal Media, LLC (together "Defendants").  We write with the consent of counsel for Plaintiff Bobby Nunn to request a brief adjournment of the Initial Pretrial Conference currently scheduled for April 20, 2023 at 12:30 p.m. (Dkt. 29), as Defendants' counsel have pre-scheduled plans to travel to Chicago to participate in their law firm's annual meetings on April 20 and 21.  Counsel for both sides are available to participate in an Initial Pretrial Conference during the last week of April or the first week of May.  This is the first request for an adjournment of the Initial Pretrial Conference.  As noted above, Plaintiff's counsel consents to this proposed adjournment.

Respectfully yours,

*Tal Dickstein*

Tal Dickstein
Partner

Application **GRANTED**. The Initial Case Management Conference previously scheduled for April 20, 2023 is hereby adjourned to **Tuesday, May 2, 2023 at 11:00 a.m.**

**SO ORDERED.**

cc:    All counsel of record (via ECF)
23566900

_____
Ona T. Wang           2/15/23
U.S.M.J.

Los Angeles    New York    Chicago    Nashville    Washington, DC    San Francisco    Beijing    Hong Kong    www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.