UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOBBY NUNN, | |
|                         Plaintiffs, | |
| -against- | 22-CV-5977 (ALC) |
| NFL ENTERPRISES, LLC and NBCUNIVERSAL MEDIA, LLC, | **ORDER** |
|                         Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

      The Clerk of Courts is respectfully requested to terminate all pending motions and close the case.

**SO ORDERED.**

**Dated:  April 11, 2023**
           New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**